PROB 12C
(6/16)

Report Date: August 16, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Paul Wang | Case Number: 0980 2:17CR00119-LRS-1 |
| Address of Offender: | Spokane Valley, Washington 99216 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(C); <br> Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Original Sentence: | Prison - 30 months <br> TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman |
| | Date Supervision Commenced: July 24, 2019 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: July 23, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Wang is alleged to have violated special condition number 2 by being unsuccessfully terminated from the Spokane RRC on or about August 15, 2019, following the client's continued violations of facility rules and requirements, based on staff statements and the client's admission of such conduct.

On July 25, 2019, Michael Wang signed his conditions relative to case number 2:17CR00119-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Wang was advised that he must remain in compliance with all RRC rules and requirements until approved for release from the facility by the Court or the undersigned officer.

Prob12C
**Re: Wang, Michael Paul**
**August 16, 2019**
Page 2

Specifically, on August 15, 2019, the undersigned officer received notification from the client's assigned RRC case manager, who indicated that the client would be discharged on the day in question after the client continued to incur numerous infractions, to include recent documented incidents of: taking his prescribed medication in excess of the prescribed dosage, a violation of the facilities personal phone rules and requirements, deviating, and engaging in insolence toward staff. As a direct result of the client's behavior, Mr. Wang was unsuccessfully discharged from services with the provider on the day in question.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/16/2019

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

08/19/2019
Date