PROB 12C
(6/16)

Report Date: September 17, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Paul Wang    Case Number: 0980 2:17CR00119-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(c); Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(c) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 30 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | July 24, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: | July 23, 2022 |

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/16/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: Mr. Wang is alleged to have violated standard condition number 5 and 13 by moving from his previous residence without notifying the U.S. Probation Office as required on or about September 5, 2019, and by further failing to advise the U.S. Probation Office of his current address, living arrangements, or whereabouts as required and as previously directed. |

Prob12C
Re: Wang, Michael Paul
September 17, 2019
Page 2

On July 25, 2019, Michael Wang signed his conditions relative to case number 2:17CR00119-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Wang was advised he was to provide notification to the undersigned officer of any temporary or permanent change in residence, to which Mr. Wang expressed his understanding.

Specifically, on September 5, 2019, the undersigned officer attempted to conduct an unscheduled home contact with the client at his known residence located in Spokane Valley, Washington. As a part of the contact, the undersigned officer learned from the client's sponsor that the client had in fact not resided at the address for the past several days. Mr. Wang subsequently contacted this officer telephonically and admitted to the conduct, stating he was instead taking care of his father at his father's residence. Mr. Wang was again given specific direction that he was to provide notification to the undersigned officer on any occasion when he stayed anywhere other than his assigned residence, even if only on a temporary basis. Mr. Wang was apologetic and committed to returning to his assigned residence on the evening in question, information the client's sponsor later verified, indicating they had since had telephonic contact and she remained supportive of his ability to reside at her residence.

On September 16, 2019, the undersigned officer contacted the client's sponsor telephonically following the client's failure to report to the U.S. Probation Office as directed. Unfortunately, the client's previous sponsor then relayed that the client had in fact never returned to the residence on September 5, 2019, as previously stated and agreed upon by the parties, and he had not stayed there since. The contact stated she had recently spoken to the client and they had ended their relationship, but she was not sure of the client's current living situation, address, or whereabouts.

At no time has Mr. Wang updated the undersigned officer or the U.S. Probation Office as to his current address or his need to move, and as a result his current whereabouts and his level of compliance with his conditions of supervised release is unknown to the undersigned officer.

3    **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Wang is alleged to have violated standard condition number 13 by failing to report to the U.S. Probation Office in Spokane on three separate occasions on September 12, 13, and 16, 2019.

On July 25, 2019, Michael Wang signed his conditions relative to case number 2:17CR00119-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Wang was advised he was required to report as directed by the undersigned officer.

Specifically, on September 12, 2019, the undersigned officer was notified by the agency's contract urinalysis testing provider that the client failed to attend a random urinalysis with the provider on September 11, 2019.

In response, the client was sent a text message on the day in question, in which the client advised he had previously attempted to contact this officer, but he was out of town on the

Prob12C
Re: Wang, Michael Paul
September 17, 2019
Page 3

day in question due to employment. The client stated he would "try to be there" on time and on the day in question, and the client was advised he needed to report as directed, to which the client stated "ok." Mr. Wang subsequently failed to report as directed.

On September 13, 2019, Mr. Wang was again sent a text with respect to his failure to report as directed, and he indicated he did not get back into town until "7." Mr. Wang advised he was off this date at "3" and would report following. Mr. Wang was directed to report on the day in question before 4:30 p.m. and was advised he needed to be prepared for urinalysis testing. Mr. Wang again failed to report as directed.

On Monday, September 16, 2019, both a voice mail and a text message were left for and sent to the client respectively, directing the client to report on the day in question and to contact the undersigned officer as soon as possible. Both inquiries have since gone without response.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 17, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

09/18/2019
Date