PROB 12C
(6/16)

Report Date: February 12, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Paul Wang    Case Number: 0980 2:17CR00119-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(C); Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Original Sentence: | Prison - 30 Months; TSR - 36 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman |
| Date Supervision Commenced: | July 24, 2019 |
| Defense Attorney: | J. Houston Goddard |
| Date Supervision Expires: | July 23, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/16/2019, and 09/17/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Wang is alleged to have violated mandatory condition number 1 by being arrested by the Spokane Police Department on January 30, 2020, under cause number 2020-20017534, for Obstructing a Law Enforcement Officer, in violation of Spokane Municipal Code 10.07.032, a gross misdemeanor.<br><br>On July 25, 2019, Michael Wang signed his conditions relative to case number 2:17CR00119-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Wang was advised he was not to commit another federal, state or local crime.<br><br>Specifically, on January 30, 2020, an automated law enforcement notification was received by the U.S. Probation Office in Spokane, originating from the Spokane Police Department, and subsequently the Spokane County Jail. The client was later verified on the day in |

Prob12C
Re: Wang, Michael Paul
February 12, 2020
Page 2

question to be in custody at the Spokane County Jail with a new listed charge of obstructing a law enforcement officer.

On February 7, 2020, the police report was received relative to this matter. According to the police report, on January 30, 2020, officers were dispatched to the area of Cannon Park in Spokane to assist in the apprehension of Mr. Wang. Responding officers were able to access a current picture of Mr. Wang and he was subsequently contacted by officers in the middle of the park and asked his name. Mr. Wang identified himself as James P. Moore and provided a date of birth of August 3, 1984. Mr. Wang again confirmed his fictitious identity with law enforcement when questioned further and was advised by officers that he would be arrested for obstruction if he was in fact lying. While en route to the Spokane County Jail, Mr. Wang continued to state that he was in fact James Moore.

Upon arrival at the Spokane County Jail, Mr. Wang's photo was again accessed and officers noted Mr. Wang had the exact neck tattoo as observed in the photo of Michael Wang. Mr. Wang was subsequently arrested for his outstanding United States Marshals warrant and for obstruction.

According to current court records, charges were filed relative to this matter on January 30, 2020; however, no current status or pending court dates show as imposed at this time.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 12, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.

[X]  Defendant to appear before a Magistrate Judge

Signature of Judicial Officer

02/12/2020
Date