PROB 12C
(6/16)

Report Date: July 20, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Paul Wang                    Case Number: 0980 2:17CR00119-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(C); Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Original Sentence: | Prison - 30 Months; TSR - 36 Months    Type of Supervision: Supervised Release |
| Revocation Sentence: (March 17, 2020) | Prison - 4 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Patrick J. Cashman    Date Supervision Commenced: June 2, 2020 |
| Defense Attorney: | J. Houston Goddard    Date Supervision Expires: June 1, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/09/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

3        **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Michael Wang is alleged to have violated mandatory condition number 3, by ingesting methamphetamine on three separate occasions during July 2020. His most recent use of the substance occurred on or about July 10, 2020, based on both urinalysis testing and the client's admission of such use.

On June 4, 2020, Mr. Wang's conditions of supervised release relative to cause number 2:17CR00119-LRS-1 were reviewed with him telephonically, given the current COVID-19 pandemic. In addition, on June 22, 2020, the client's signed conditions were emailed to the

U.S. Probation Office in Spokane, Washington, by the client's then assigned social worker with Inland Northwest Behavioral Health. Specifically, Mr. Wang was advised that he was required to refrain from the use of any and all illicit substances.

Specifically, on July 10, 2020, Mr. Wang reported to Pioneer Human Services in Spokane for random urinalysis testing as required and submitted a urine sample that reflected as being presumptive positive for both amphetamine and methamphetamine. On July 13, 2020, the undersigned officer subsequently received a drug use denial form from the provider, which the client had signed after checking the box indicating he denied the use of the illicit substance, as indicated by the urinalysis test result.

On July 13, 2020, the undersigned officer contacted Mr. Wang telephonically with respect to the submitted urine sample submitted by the client at Pioneer Human Services on July 10, 2020; however, the client again denied ingesting any illicit substance, indicating that any presumptive positive test would be the result of his current prescription medication.

On July 15, 2020, the client sent a text message to the undersigned officer requesting a return call. On July 16, 2020, the undersigned officer again contacted Mr. Wang and he admitted to previously ingesting methamphetamine on three separate occasions, initially occurring shortly after he released from Inland Northwest Behavioral Health on July 2, 2020, with his most recent use of the substance occurring on or about July 6, 2020.

On July 20, 2020, the laboratory results were received by the undersigned officer relative to the aforementioned urinalysis test, with the lab report confirming the sample as being positive for both amphetamine and methamphetamine.

4    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Michael Wang is alleged to have violated special condition number 5 by failing to report for urinalysis testing with the contract provider in Spokane, on both July 15 and 16, 2020, as required and as directed by the undersigned officer.

On June 4, 2020, Mr. Wang's conditions of supervised release relative to cause number 2:17CR00119-LRS-1 were reviewed with him telephonically, given the current COVID-19 pandemic. In addition, on June 22, 2020, the client's signed conditions were emailed to the U.S. Probation Office in Spokane, Washington, by the client's then assigned social worker with Inland Northwest Behavioral Health. Specifically, Mr. Wang was advised that he was required to submit to urinalysis testing as directed by the undersigned officer.

Specifically, on July 16, 2020, the undersigned officer received notification from Pioneer Human Services that the client had failed to appear for random urinalysis testing on July 15, 2020, as previously required based on his assigned color being called. On July 16, 2020, the undersigned officer contacted the client who apologized. He admitted he had previously ingested methamphetamine most recently on or about July 6, 2020, and admitted to failing to contact the provider for urinalysis testing instructions on July 15, 2020. Mr. Wang was subsequently directed to report to the Pioneer Human Services on the day in question to which Mr. Wang agreed and committed.

Prob12C
Re: Wang, Michael Paul
July 20, 2020
Page 3

On July 17, 2020, the undersigned officer again received notification from the contract provider that the client had again failed to report for urinalysis testing as required and as directed by the undersigned officer. Mr. Wang was again contacted on the day in question, at which time Mr. Wang advised he could not walk that distance due to a diagnosed blood clot in his leg.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 20, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

July 21, 2020
Date