PROB 12C
(6/16)

Report Date: August 11, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Paul Wang         Case Number: 0980 2:17CR00119-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(C); Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Original Sentence: | Prison - 30 months           Type of Supervision: Supervised Release
TSR - 36 months |
| Revocation Sentence:
(March 17, 2020) | Prison - 4 months
TSR - 36 months |
| Asst. U.S. Attorney: | Patrick J. Cashman        Date Supervision Commenced: June 2, 2020 |
| Defense Attorney: | J. Houston Goddard        Date Supervision Expires: June 1, 2023 |

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/09/2020 and 07/20/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Michael Wang is alleged to have violated mandatory condition number 3, by ingesting heroin on or about August 5, 2020, based on the client's admission of such use.

On June 4, 2020, Mr. Wang's conditions of supervised release relative to cause number 2:17CR00119-LRS-1 were reviewed with him telephonically, given the current COVID-19 pandemic. In addition, on June 22, 2020, the client's signed conditions were emailed to the U.S. Probation Office in Spokane, Washington, by the client's then assigned social worker with Inland Northwest Behavioral Health. Specifically, Mr. Wang was advised that he was required to refrain from the use of any and all illicit substances. |

Specifically, on August 6, 2020, the undersigned officer received a telephone call from Federal Public Defender Houston Goddard, who advised he had been speaking with the client, and who then subsequently facilitated a three-way call between himself, the client, and the undersigned officer. Mr. Goddard confirmed the client had scheduled his outpatient chemical dependancy assessment for Monday (August 10, 2020) at 10 a.m., but also advised that the client had recently admitted to relapsing.

As a part of the call, Mr. Wang advised that his cousin had traveled to his father's residence the day prior, where he is currently residing, and that they had gone for a brief car ride. Mr. Wang advised, after a short drive his cousin pulled over and offered him heroin. Mr. Wang advised he had attempted to refrain from using, but ultimately relented, describing the substance as "being in his face." Mr. Wang advised he was not previously aware that his cousin used illicit substances, and advised he did not knowingly ingest any other substance as a result of the circumstances outlined.

6    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Michael Wang is alleged to have violated special condition number 5, by failing to submit to random urinalysis testing with the contract provider as previously scheduled on August 7, 2020. It should be noted, Mr. Wang was additionally and specifically directed to report for urinalysis testing on the day in question by the undersigned officer.

On June 4, 2020, Mr. Wang's conditions of supervised release relative to cause number 2:17CR00119-LRS-1 were reviewed with him telephonically, given the current COVID-19 pandemic. In addition, on June 22, 2020, the client's signed conditions were emailed to the U.S. Probation Office in Spokane, Washington, by the client's then assigned social worker with Inland Northwest Behavioral Health. Specifically, Mr. Wang was advised that he was to submit to random urinalysis testing as directed by the undesigned officer, and as required when his random color was called for testing by the contract provider.

Specifically, on August 6, 2020, the undersigned officer received a phone call from Federal Public Defender Houston Goddard, who was able to subsequently facilitate a three-way call between himself, the client and the undersigned officer. As a part of the call, Mr. Wang admitted to previously relapsing on heroin on or about August 5, 2020. Mr. Wang was directed to report the following day to Pioneer Human Services in Spokane to provide a urine sample for testing, and to sign a drug use admission form which the client subsequently committed to doing.

It should be noted, the client's assigned color was additionally called by the provider on August 7, 2020, requiring his participation in random urinalysis testing. On August 10, 2020, the undersigned officer received notification from Pioneer Human Services indicating the client had previously failed to appear for urinalysis testing as previously directed and required on August 7, 2020.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Wang, Michael Paul**
**August 11, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 11, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

August 11, 2020
Date