PROB 12C
(6/16)

Report Date: June 7, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Paul Wang                                     Case Number: 0980 2:17CR00119-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(C); Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Original Sentence: | Prison - 30 Months; TSR - 36 Months       Type of Supervision: Supervised Release |
| Revocation Sentence: (March 17, 2020) | Prison - 4 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Patrick J. Cashman       Date Supervision Commenced: June 2, 2020 |
| Defense Attorney: | J. Houston Goddard       Date Supervision Expires: June 1, 2023 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/09/2020, 07/20/2020, and 08/11/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: Mr. Wang is alleged to have violated standard condition number 13 by failing to contact the undersigned officer as directed on both June 3 and 4, 2021. |
| | On June 4, 2020, Mr. Wang's conditions of supervised release relative to cause number 2:17CR00119-LRS-1 were reviewed with him telephonically, given the current COVID-19 pandemic. In addition, on June 22, 2020, the client's signed conditions were emailed to the U.S. Probation Office in Spokane, Washington, by the client's then assigned social worker with Inland Northwest Behavioral Health. Specifically, Mr. Wang was advised that he was required to follow all instructions of his assigned U.S. probation officer related to his conditions of supervision. |

Prob12C
Re: Wang, Michael Paul
June 7, 2021
Page 2

Specifically, on June 2, 2021, several attempts were made by the undersigned officer to contact Mr. Wang telephonically, and both a voice mail and text message were left for and sent to the client respectively requesting that he contact the undersigned officer given previously identified and ongoing health concerns. Mr. Wang failed to respond to the request for contact.

On June 3, 2021, at approximately 10:26 a.m., Mr. Wang was again left a voice mail and sent a text message by the undersigned officer requesting a return call, with both messages directing the client to contact the undersigned officer prior to 4 p.m. on the day in question. Mr. Wang's father was subsequently contacted telephonically on the day in question, who advised that he had not seen the client since Monday (May 31, 2021), but that he would also attempt to contact the client in an effort to direct him to contact the undersigned officer. Mr. Wang subsequently failed to respond to the undersigned officer's request for contact on the day in question.

On June 4, 2021, the undersigned officer attempted to conduct an unscheduled home contact with the client at his assigned residence and was able to speak with the client's aunt, who is temporarily residing at the residence in an effort to care for the client's father due to ongoing medical concerns. The party indicated that the client was not currently at the residence and confirmed the parties had not seen the client since Monday, when the client had stopped by to pickup a check. The contact also confirmed she was present when the client's father had in fact contacted the client yesterday (June 3, 2021) by telephone and had directed him to contact the undersigned officer at which time she heard the client state he would. Mr. Wang again failed to contact the undersigned officer.

On June 7, 2021, the undersigned officer made contact with the client's father telephonically, who confirmed the client had stayed the night last night at the residence with a female, but he was not currently at the residence. The contact advised that the client did advise him he had left a voice mail for the undersigned officer and was having some difficulty with his phone. It should be noted that Mr. Wang had in fact not left a voice mail for the undersigned officer during the time frames as outlined herein and as indicated by the client.

The undersigned officer's last contact with the client occurred on May 28, 2021. Mr. Wang's current location and reason for not contacting the undersigned officer as directed are unknown to the undersigned officer.

| | |
|---|---|
| 8 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Wang is alleged to have violated special condition number 5 by failing to attend random urinalysis testing when his assigned color was called on May 10, May 14, and June 3, 2021.

On June 4, 2020, Mr. Wang's conditions of supervised release relative to cause number 2:17CR00119-LRS-1 were reviewed with him telephonically, given the current COVID-19 pandemic. In addition, on June 22, 2020, the client's signed conditions were emailed to the U.S. Probation Office in Spokane, Washington, by the client's then assigned social worker with Inland Northwest Behavioral Health. Specifically, Mr. Wang was advised that he was

Prob12C
Re: Wang, Michael Paul
June 7, 2021
Page 3

required to report for urinalysis testing when his assigned color was called by the contract provider.

Specifically, on May 11, 2021, the undersigned officer received notification from Pioneer Human Services in Spokane that the client failed to report for random urinalysis testing when his assigned color was called on May 10, 2021. Mr. Wang subsequently contacted the undersigned officer on the day in question and outlined significant medical concerns. The client described fever, leg pain, and difficulty breathing. Mr. Wang was encouraged to travel to the hospital and to provide medical documentation to the undersigned officer, to which he committed to doing. Mr. Wang later reported that he did in fact travel to the hospital on May 12, 2021, but lost the received medical paperwork substantiating his placement. Mr. Wang has since failed to submit the aforementioned medical documentation despite numerous requests by the undersigned officer.

On May 17, 2021, the undersigned officer again received notification from Pioneer Human Services that the client again failed to report for urinalysis testing, this time on May 14, 2021. Mr. Wang was again contacted and indicated continued illness, and advised that he remained with much of the same symptoms as those previously described. Mr. Wang was encouraged to seek emergency medical care, to which he stated he was considering.

On May 24, 2021, the undersigned officer did receive medical documentation from the client serving to verify his placement at Providence Sacred Heart Hospital on May 21, 2021. The report served to verify the client's diagnosis as leg swelling and infection. Mr. Wang continued to describe a number of reasons as to why he had been unable to secure any other previously received medical documentation, to include the hospital being too busy and simply being too ill to follow through on the directive.

On June 4, 2021, the undersigned officer received notification from Pioneer Human Services that the client failed to report for urinalysis testing on June 3, 2021. The undersigned officer has since been unable to contact the client as to any justification for having to miss the appointment as required.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | June 7, 2021 |
|---|---|
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
**Re: Wang, Michael Paul**
**June 7, 2021**
Page 4

THE COURT ORDERS

[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[✓]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

June 8, 2021
Date